# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

REINALDO ESPINOSA and IVONNE ESPINOSA,

    Plaintiffs,

v.    Case No: 6:18-cv-1801-Orl-40TBS

QDI 1 LLC,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 22) filed on December 20, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 26, 2018 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 22) is **DENIED**. The settlement agreement is **REJECTED** without prejudice to allow for clarification of the issues raised in the Report and Recommendation (Doc. 23) and amendment of the Agreement to satisfy the Court's concerns.

**DONE AND ORDERED** in Orlando, Florida on January 10, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties