**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

REINALDO ESPINOSA and IVONNE ESPINOSA,

        Plaintiffs,

v.                                      Case No: 6:18-cv-1801-Orl-40TBS

QDI 1 LLC,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the Parties' Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 25) filed on January 11, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted and the settlement agreement be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 15, 2019 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 25) is **GRANTED** and the settlement agreement is **APPROVED** as a fair and reasonable settlement.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 30, 2019.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties